UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tayan Jackson,<br><br>    Petitioner,<br><br>v.<br><br>Warden C. Chestnut,<br><br>    Respondent. | Case No.: 2:24-cv-01087-APG-BNW<br><br>**Order Requiring Payment of Filing Fee or An Application to Proceed *In Forma Pauperis*** |

Petitioner, a federal prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1-1.  Petitioner has not filed an application to proceed *in forma pauperis* (IFP) or paid the filing fee. I will require him to do so before allowing him to proceed with this case.

Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.  The court may authorize an indigent inmate to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the approved form and includes three documents: (a) the inmate's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the inmate and an authorized prison official, and (c) a copy of the inmate's

account statement for the six-month period prior to filing. *See* 28 U.S.C. § 1915(a); Local Rules, LSR 1-1 and LSR 1-2.

Accordingly, petitioner will have 30 days from the date of this order to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

I THEREFORE ORDER that the initial screening of the petition for writ of habeas corpus (ECF No. 1-1) is deferred to until such time as petitioner has fully complied with this order.

I FURTHER ORDER that within 30 days of the date of this order, petitioner must file an IFP application that includes a: (a) financial certificate signed by petitioner and an authorized prison official, (b) financial declaration and acknowledgement signed by petitioner, and (c) copy of petitioner's inmate account statement for the six-month period prior to filing. Alternatively, petitioner must pay the $5.00 filing fee within 30 days. If he decides to pay the filing fee from his inmate account, petitioner must arrange to have a copy of this order attached to the check for the filing fee. Petitioner's failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.[1]

Dated: June 26, 2024

_____
U.S. District Judge Andrew P. Gordon

---

[1] I note that mail sent from the court to petitioner has been returned as "undeliverable." ECF No. 4. If this order is returned as undeliverable, this case will be dismissed unless petitioner notifies the court of his new address within 30 days of the date of this order. *See* Local Rule, LR IA 3-1.