# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tayan Jackson,<br><br>　　　　Petitioner,<br><br>v.<br><br>Francisco J. Quintana,[1]<br><br>　　　　Respondent. | Case No.: 2:24-cv-01087-APG-BNW<br><br>**Order Directing Service of Petition and Response** |

　　　Tayan Jackson, a federal prisoner, brings this habeas corpus action under 28 U.S.C. § 2241 claiming that he is entitled, under 18 U.S.C. § 3624(c), to a transfer to a halfway house or home confinement. In compliance with my previous order (ECF No. 5), Jackson has paid the filing fee for his petition. ECF No. 6. Thus, I will direct the Clerk of the Court to file it. Having conducted a preliminary review of the petition, I will also direct that it be served on the respondent and that the respondent respond to the petition.

---

[1] Jackson has filed a change of address indicating that he is now incarcerated at the FCI(2) Victorville in California. ECF No. 8. Francisco J. Quintana, the warden of that facility, is substituted as the respondent in this case. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). Because Jackson initiated this proceeding while imprisoned at the Nevada Southern Detention Center, jurisdiction remains with this court. *See Mujahid v. Daniels*, 413 F.3d 991, 994 (9th Cir. 2005).

I THEREFORE ORDER that the Clerk of Court is directed to **file** the petition (ECF No. 1-1) as a new docket entry and **serve** copies of the petition and this order upon the respondent as follows:

- By electronically through CM/ECF serving a copy of the petition and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, and

- By sending a copy of the petition and this order by mail to: Warden Francisco J. Quintana; FCI Victorville Medium II; P.O. Box 5400; Adelanto, CA 92301.

I FURTHER ORDER that respondent must file and serve his response to the petition within **20 days** of the date of this order, unless additional time is allowed for good cause shown.

Dated: July 12, 2024

_____
U.S. District Judge Andrew P. Gordon