# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tayan Jackson,

     Petitioner,

v.

Warden C. Chestnut,

     Respondent.

Case No.: 2:24-cv-01087-APG-BNW

**Order Directing Petitioner to File a Reply**

In this habeas corpus action, the respondent has filed a response to the petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Tayan Jackson. ECF No. 14. In the response, the respondent argues that this court lacks authority to grant the statutory relief Jackson seeks and that his petition otherwise fails to allege that he "is in custody in violation of the Constitution or laws or treaties of the United States[.]" 28 U.S.C. § 2241(c)(2). Before ruling on Jackson's petition, I will allow him an opportunity to reply to the respondent's arguments.

I THEREFORE ORDER that the petitioner is directed to file a **reply** to respondent's response to his petition (ECF No. 14) **on or before September 6, 2024**.

I FURTHER ORDER that Clerk of Court is directed to send a copy of the respondent's response (ECF No. 14) and a copy of this order to: Warden Jacob Doerer; FCI Victorville Medium II; P.O. Box 5400; Adelanto, CA 92301.

Dated: August 6, 2024

_____
U.S. District Judge Andrew P. Gordon